J. SCOTT ALEXANDER, SBN 190034
LISA D. NICOLLS, SBN 234376
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:   (916) 446-2300
Facsimile:    (916) 503-4000
Email:      salexander@murphyaustin.com
Email:      lnicolls@murphyaustin.com

Attorneys for Plaintiff
TULARE DISTRICT HEALTHCARE SYSTEM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULARE DISTRICT HEALTH CARE SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, a Delaware corporation, DOW ROOFING SYSTEMS, LLC, a limited liability company, f/k/a and as successor in interest to JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  1:09-cv-2206-AWI-DLB<br><br>**[PROPOSED] ORDER REGARDING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND FOR REMAND TO TULARE COUNTY SUPERIOR COURT**<br><br>Magistrate Judge:   Dennis L. Beck |

On January 4, 2010, Plaintiff TULARE DISTRICT HEALTHCARE SYSTEM ("Plaintiff" or the "District") filed an Ex Parte Application for an Order Shortening Time for Hearing on Motion for Leave to File an Amended Complaint and for Remand to Tulare County Superior Court.

Having read and considered Plaintiff's Ex Parte Application for an Order Shortening Time for Hearing on Motion for Leave to File an Amended Complaint and for Remand to Tulare County Superior Court and having learned in a telephone conference with counsel for the Plaintiff

and for the Defendants that Defendants agree to shorten time, the Court finds good cause for the Application.

THEREFORE, IT IS HEREBY ORDERED THAT:

(1) The hearing on Plaintiff's Motion for Leave to File an Amended Complaint and for Remand to Tulare County Superior Court will proceed on shortened notice on January 22, 2010, at 9:00 a.m. in Courtroom #9 of the above-referenced Court.

(2) The District shall immediately serve its motion on all parties by facsimile or e-mail.

(3) THE DOW CHEMICAL COMPANY's and/or DOW ROOFING SYSTEMS, LLC's opposition papers to the District's Motion, if any, shall be filed and served no later than January 14, 2010, and shall be served on all parties by facsimile or e-mail; the District's reply papers, if any, shall be filed and served no later than January 19, 2010, and shall be served on all parties by facsimile or e-mail.

IT IS SO ORDERED.

Dated: **January 5, 2010**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE