J. SCOTT ALEXANDER, SBN 190034
LISA D. NICOLLS, SBN 234376
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:    (916) 446-2300
Facsimile:    (916) 503-4000
Email:    salexander@murphyaustin.com
Email:    lnicolls@murphyaustin.com

Attorneys for Plaintiff
TULARE DISTRICT HEALTHCARE SYSTEM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULARE DISTRICT HEALTH CARE SYSTEM,<br><br>             Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, a Delaware corporation; DOW ROOFING SYSTEMS, LLC, a limited liability company, f/k/a and as successor in interest to JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No.  1:09-CV-02206-AWI-DLB<br><br>**[PROPOSED] ORDER**<br><br>Magistrate Judge:   Dennis L. Beck |

IT IS HEREBY ORDERED that Plaintiff may file an Amended Complaint, a copy of which is attached hereto as Exhibit A.  Said Amended Complaint shall be deemed filed effective January 19, 2010.

IT IS HEREBY FURTHER ORDERED that, upon the filing of the Amended Complaint, this action shall be remanded by the above-captioned Court to the Tulare County Superior Court in accordance with Federal Rules of Civil Procedure 15 and 28 U.S.C. § 1447.

IT IS HEREBY FURTHER ORDERED that Defendants shall file a responsive pleading

to Plaintiff's Amended Complaint within 30 days from the date of the Tulare County Superior Court's receipt of the order for remand.

IT IS SO ORDERED.

Dated: **January 25, 2010**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE